No. 430, Misc. McDowell *v.* United States, *ante,* p. 927;

No. 445, Misc. La Rose *v.* Tahash, Warden, *ante,* p. 114;

No. 541, Misc. Lipscomb *v.* United States, *ante,* p. 928; and

No. 608, Misc. Thomas *v.* Heritage, Warden, *ante,* p. 907. Petitions for rehearing denied.

No. 25. Presser *v.* United States, *ante,* p. 71. Petition for rehearing denied. Mr. Justice Goldberg took no part in the consideration or decision of this application.

January 14, 1963.

No. 511. Bush *v.* Texas. Certiorari, *ante,* p. 859, to the Court of Criminal Appeals of Texas. The motion of American and Dallas Civil Liberties Unions for leave to file a brief, as *amicus curiae,* is granted. *Charles W. Webster* on the motion. *Charles Alan Wright* for petitioner, in opposition.

No. 579, Misc. Pardee *v.* Burke, Warden. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se. John W. Reynolds,* Attorney General of Wisconsin, and *William A. Platz,* Assistant Attorney General, for respondent.

No. 588, Misc. Bolin *v.* Goodman, Warden, et al. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se. Daniel R. McLeod,* Attorney General of South Carolina, and *Clarence T. Goolsby, Jr.,* Assistant Attorney General, for respondents.